**Order entered June 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00020-CV

**BRENDA KAPPOS, Appellant**

**V.**

**DOUGLAS F. BAXTER, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11757**

## ORDER

Before the Court is appellant's June 17, 2019 request for clarification of this Court's June 12, 2019 notice that her reply brief was untimely. Appellant notes the reply brief was due June 10, 2019. *See* TEX. R. APP. P. 4.1(a), 38.6(c). It was received June 12, 2019, but deposited in the mail on the date it was due. Accordingly, she asserts the brief was timely. *See id.* 9.2(b).

We agree and **GRANT** appellant's request to the extent the reply brief is deemed to have been timely filed. *See id.*

/s/    BILL WHITEHILL
         JUSTICE